**In the United States District Court
for the District of Kansas**

---

Case No. 2:22-cv-02397

---

MAURA HEALY, JOHN LUONGO,
SCOTT RIGGS, AND JESSICA COEN

*Plaintiffs*

v.

VIVA ITALIA! LLC D/B/A VA BENE, ET AL.,

*Defendants*

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

NOW ON THIS DATE, based on the Stipulation of Dismissal filed by the parties, this matter is hereby dismissed without prejudice pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs and fees, including attorney's fees.

**IT IS SO ORDERED.**

Date: February 9, 2024            _s/ Toby Crouse_____

                                  Toby Crouse
                                  United States District Judge